## Ex Parte R. H. Howard.

### No. 1776. Decided January 8, 1908.

**Case Followed.**

    Rulings in Ex Parte Testard, ante, followed and held conclusive of this case. (P. 225.)

Original application by Howard to the Supreme Court for writ of *habeas corpus* against John W. Tobin, sheriff of Bexar County.

*Tarlton & Camp* and *Warren W. Moore,* for relator.

*R. V. Davidson,* Attorney-General, *Jas. D. Walthall,* Assistant, and *C. A. Davies,* for the State.

Mr. Justice Williams delivered the opinion of the court.

This cause is controlled by the opinion in that of Ex parte Seth Testard, and the same order is made as in that case.

*Relator remanded.*